UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONNIE L. BRYANT

VERSUS

EXXON MOBIL CORPORATION, ET AL

CIVIL ACTION

NO. 10-532-RET

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 19, 2011. Defendant has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's motion to remand and the imposition of fees and costs (rec. doc. 9) shall be granted in part and denied in part in that the motion to remand shall be granted and this matter shall be remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, and the motion for fees and costs is denied.

Baton Rouge, Louisiana, July 25th, 2011.

JAMES J. BRADY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA